IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                          Chapter 11

SILVER CREEK SERVICES, INC.,                                           Case No. 19-22775-TPA

    DEBTOR.

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102 of the Bankruptcy Code, the Acting United States Trustee, Andrew R. Vara, appoints the following creditors to the Committee of Unsecured Creditors in connection with the above referenced case:

1. Mountain Supply and Service LLC
   Attn: Dennis J. Bowles, Jr.
   1512 Colony Circle
   P.O. Box 3111
   Longview, TX 75604
   Tel: (903) 753-2400; Fax: (480) 287-9975
   Email: dbowles@mountainoilfield.com

2. Dickson Bulk Services, Inc.
   Attn: Paul Dickson III
   113 Lee Valley Road
   Derry, PA 15627
   Tel: (724) 539-8840; Fax: (724) 539-5517
   Email: paul.dickson@williamdicksonindustries.com

        Respectfully Submitted,

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE

Dated: July 25, 2019                                                    By: /s/ Larry Wahlquist
        Larry Wahlquist, Trial Attorney
        DC ID 492864
        1001 Liberty Ave., Suite 970
        Pittsburgh, Pennsylvania 15222
        (412) 644-4756 Telephone
        (412) 644-4785 Facsimile
        Larry.E.Wahlquist@usdoj.gov